UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ALAN NAKAMURA,** | ) | NO. CV 06-06776 GW (SS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| **CITY OF HERMOSA BEACH, et al.,** | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment shall be granted. Judgment is entered in favor of the Defendants and against Plaintiff on the entire Second Amended Complaint. Plaintiff's Second Amended Complaint is dismissed with prejudice.

DATED: May 19, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE